# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States,<br><br>  Plaintiff,<br><br>v.<br><br>Donald Lawrence Jackson,<br><br>  Defendant. | Case No. 2:25-cv-00463-JAD-DJA<br><br>**Order** |

This matter is before the Court on Donald Lawrence Jackson's filing of initiating documents on March 14, 2025. Since that date, Jackson has failed to pay the filing fee or submit an application to proceed *in forma pauperis* (which means without paying the filing fee). Although Jackson initiated this action by filing documents, he must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $405 filing fee. The Court will grant Jackson one opportunity to file such an application within 30 days. Alternatively, Jackson may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 on or before **April 18, 2025,** to proceed with this case.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Jackson a copy of this order and a copy of the non-inmate application to proceed *in forma pauperis* and its instructions.[1]

**IT IS FURTHER ORDERED** that on or before **April 18, 2025,** Jackson will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55

---

[1] These documents can also be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 240.

1 administrative fee) or file with the Court a completed application to proceed *in forma pauperis* on
2 this Court's approved form.
3    **IT IS FURTHER ORDERED** that, if Jackson does not file a fully complete application
4 to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before **April**
5 **18, 2025**, the Court may recommend dismissal of this action.

7    DATED: March 19, 2025,

8 _____
  DANIEL J. ALBREGTS
9 UNITED STATES MAGISTRATE JUDGE